OPINION — AG — WHERE THE BOUNDARY LINE OF A COUNTY IS DESCRIBED AS "THE MIDDLE COURSE CHANNEL OF ANY STREAM OR WATERCOURSE (WATER COURSE)" AND SAID WATERCOURSE CHANGES ITS CHANNEL UNTIL LANDS THAT WERE ON ONE SIDE OF SAID STREAM ARE NOW ON THE OTHER SIDE, AND THE TIME OF THE CHANGE IS PRIOR TO JANUARY 1, 1963, AND THE METHOD IS BY ACCRETION, THE COMMON LAW RULE WILL CONTROL AND CHANGE THE TAXABLE SITUS OF SAID PROPERTY. CITE: 19 O.S. 1965 Supp., 36 [19-36] (SAM HELLMAN)